IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JODY KING,<br><br>    Plaintiff,<br><br>v.<br><br>IC GROUP, INC.,<br><br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:21-cv-00768-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

   IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant.

   SO ORDERED this 2nd day of August 2024.

                                      BY THE COURT:

                                      _____
                                      ROBERT J. SHELBY
                                      United States Chief District Judge

1