IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JODY KING,<br><br>Plaintiff,<br><br>v.<br><br>IC GROUP, INC.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>2:21-cv-00768-RJS-CMR<br><br>Chief District Judge Robert J. Shelby<br><br>Magistrate Judge Cecilia M. Romero |

Now before the court is Plaintiff Jody King's Motion for Reconsideration to Appoint Counsel.[1] The court DENIES the Motion as MOOT. On November 22, 2022, Judge Romero issued an order denying King's Motion for Appointment of Counsel,[2] and this case was closed on August 8, 2024.[3] King therefore failed to timely object to the order under Federal Rule of Civil Procedure 72(a).

---

[1] Dkt. 84.

[2] Dkt. 36.

[3] Dkt. 72.

For the reasons stated above, Plaintiffs' Motion for Reconsideration[4] is DENIED.

SO ORDERED this 17th day of December, 2024.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[4] Dkt. 84.